O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

JS - 6

Case No.   ED CV 08-01729-SGL(CTx)                                Date:  January 29, 2009

Title:   DEUTSCHE BANK NATIONAL TRUST COMPANY -v- PEDRO M. GUADALAJARA, ET AL.

==================================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                  None Present
        Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                     None present

PROCEEDINGS:   IN CHAMBERS (No Proceedings Held)

                     ORDER SUMMARILY REMANDING MATTER TO STATE COURT;
                     PLAINTIFF'S MOTION FOR REMAND (docket # 6) IS DENIED AS MOOT

       On January 8, 2009, the Court issued an Order to Show Cause (docket # 8) directing defendant to file a response within seven days demonstrating why this matter should not be remanded to San Bernardino County Superior Court for lack of subject matter jurisdiction. Defendant was specifically warned that his failure to file such a response to the Court's Order would be considered "a failure to prosecute this matter" and would "result in the summary remand of the matter to state court." The time for defendant to file his response to the Court's Order to Show Cause has passed and no response was tendered by him. Accordingly, the matter is hereby summarily **REMANDED** to state court.  Plaintiff's motion for remand (docket # 6) is **DENIED** as moot.

       IT IS SO ORDERED.

MINUTES FORM 90                                                      Initials of Deputy Clerk: jh
CIVIL -- GEN                                     1